1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10    DANNY J. BRAUNBERGER,

11                           Plaintiff,

12          v.

13    CAROLYN W. COLVIN, Acting
      Commissioner of the Social Security
14    Administration,

15                           Defendant.

CASE NO. 13-cv-05595 BHS

REPORT AND RECOMMENDATION
ON STIPULATED MOTION FOR
REMAND

16

17          This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

18    U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews,*

19    *Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976).  This matter is before the Court on

20    defendant's stipulated motion to remand the matter to the administration for further

21    consideration.  (ECF No. 15.)

22          After reviewing defendant's stipulated motion and the relevant record, the undersigned

23    recommends that the Court grant defendant's motion, and reverse and remand this matter to the

24    Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

1    On remand, based on the parties' stipulation, this Court recommends that the

2  Administrative Law Judge (ALJ) hold a new hearing and issue a new decision.  The ALJ shall

3  obtain additional evidence; give claimant an opportunity for a hearing; and evaluate further the

4  medical opinions of Drs. Neims and Wingate. The ALJ shall also evaluate the evidence

5  submitted since the last hearing decision.

6    The ALJ shall make a *de novo* determination as to disability, and issue a new decision.

7    The parties agree that plaintiff shall be eligible for attorney's fees pursuant to the Equal

8  Access to Justice Act, 24 U.S.C. § 2412 *et seq*., following proper presentation to the Court.

9    Given the facts and the parties' stipulation, the Court recommends that the District Judge

10  immediately approve this Report and Recommendation and order the case be **REVERSED** and

11  **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

12    Dated this 2nd day of April, 2014.

13

14    _____
      J. Richard Creatura
15    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 2